# EXHIBIT A

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ULSTER

KATHERINE KLOSS,

                                Plaintiff(s),

       -against-

LABCORP HEALTH SYSTEM DIAGNOSTICS, LLC
d/b/a LABCORP and JANE DOE,

                              Defendant(s).

Index No.
Date Purchased:

Plaintiff(s) designates
Ulster County as the place of trial

Basis of the venue is residence of plaintiff

**SUMMONS**

Plaintiff(s) reside at
PO Box 73
West Camp, NY 12490

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated:  May 23, 2025
            Kingston, New York

                                                     ELI B. BASCH, ESQ.
                                                     BASCH KEEGAN & SPADA
                                                     Attorneys for Plaintiff(s)
                                                     Office and P.O. Address
                                                     307 Clinton Avenue
                                                     P.O. Box 4235
                                                     Kingston, New York 12402
                                                     Tel: (845) 338-8884

Defendant's address:
16 W. Bridge Street, Saugerties, New York 12477

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ULSTER

KATHERINE KLOSS,

                                                          Plaintiff,

-against-

LABCORP HEALTH SYSTEM DIAGNOSTICS, LLC d/b/a LABCORP and JANE DOE,

                                                          Defendants.

## COMPLAINT
Index No.

      Plaintiff, KATHERINE KLOSS, as and for her complaint, complaining of the Defendant, LABCORP, does hereby respectfully allege and show to the Court the following:

## AS AND FOR A
## FIRST CAUSE OF ACTION

      FIRST:    That at all times hereinafter alleged, the Plaintiff, Katherine Kloss, resided at PO Box 73, 125 West Camp Church Road, West Camp, New York, 12490.

      SECOND:    That at all times hereinafter alleged, the Defendant, Labcorp Health System Diagnostics, LLC d/b/a LabCorp, was a foreign corporation with an office or principle place of business at 16 W. Bridge Street, Saugerties, New York, 12477.

      THIRD:    That at all times hereinafter alleged, the Defendant, Jane Doe, was a resident of Ulster County, whose actual residence is unknown.

      FOURTH:    That the Defendant, Labcorp Health System Diagnostics, LLC d/b/a LabCorp, was a foreign corporation licensed to do business in the State of New York, with one of its principle offices doing business at 16 W. Bridge Street, Saugerties, New York, 12477.

Labcorp Health System Diagnostics, LLC d/b/a LabCorp, actual address is unknown, was an employee of the Defendant, LabCorp, and resided within the State of New York, and was a resident thereof, and was employed by the Defendant, Labcorp Health System Diagnostics, LLC d/b/a LabCorp, at 16 W. Bridge Street, Saugerties, New York.

SIXTH: That heretofore and specifically on May 31, 2023, the Defendant, Jane Doe, as an employee of the Co-Defendant, Labcorp Health System Diagnostics, LLC d/b/a LabCorp, provided services to the Plaintiff, Katherine Kloss, a routine blood test.

SEVENTH: That the Defendant, Jane Doe, and the Defendant, Labcorp Health System Diagnostics, LLC d/b/a LabCorp, were negligent in providing such treatment to the Plaintiff and caused injury to the Plaintiff.

EIGHTH: That the injuries caused to the Plaintiff, Katherine Kloss, exceed the jurisdictional limits of this or any other Court.

NINTH: That by reason of the negligence of both the Defendant, Jane Doe, and the Defendant, Labcorp Health System Diagnostics, LLC d/b/a LabCorp, the damages sustained by the Plaintiff exceed the jurisdictional limits of this or any other Court limitation.

## AS AND FOR A SECOND CAUSE OF ACTION

TENTH: That the Plaintiff, Katherine Kloss, repeats, reiterated and realleges each and every allegation of the within complaint from paragraph "First" through "Ninth," inclusive with the same force and effect as if hereinagain realleged at length.

ELVENTH: That the Plaintiff, Katherine Kloss, sustained injury while ostensibly receiving medical treatment as set forth above.

TWELFTH: That the Defendants, Labcorp Health System Diagnostics, LLC d/b/a LabCorp and Jane Doe, failed to meet the standard of care, in providing a safe, appropriate and competent drawing of blood from the Plaintiff.

THIRTEENTH: That the Plaintiff, Katherine Kloss, by reason of the negligence of the Defendants, Labcorp Health System Diagnostics, LLC d/b/a LabCorp and Jane Doe, and each of them, sustained injury and damage to her body and person in an amount which exceeds the jurisdictional limits of this or any other court.

WHEREFORE, Plaintiff demands judgment against the Defendants, Labcorp Health System Diagnostics, LLC d/b/a LabCorp and Jane Doe, in an amount that exceeds the jurisdictional limits of this or any other Court on the first and second causes of action, together with the costs and disbursements of this action, reasonable attorney's fees or as the law shall provide at the time of rendition of the verdict.

Dated: May 23, 2025
Kingston, New York

Yours, etc.,

_____
ELI B. BASCH, ESQ.
BASCH & KEEGAN, LLP
Attorney for Plaintiffs
Office and P.O. Address
307 Clinton Avenue
P.O. Box 4235
Kingston, New York 12402
Tel: (845) 338-8884